# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : HON. JOSE L. LINARES |
| | : CRIMINAL NO. 07-899 (JLL) |
| v. | |
| | : CONSENT ORDER FOR |
| OZKAN BALABAN | CONTINUANCE |

This matter having come before the Court on the joint application of Christopher J. Christie, United States Attorney for the District of New Jersey (by Lisa Rose, Assistant United States Attorney) and defendant Ozkan Balaban (by Robert M. Hanna, Esq.) for an order granting a continuance of trial date in this matter; and the defendant being aware that he has the right to have the matter tried within 70 days from the date on which the Grand Jury handed down an Indictment in this matter pursuant to Title 18 U.S.C. § 3161; and for good cause shown;

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) Plea negotiations are continuing, and both the United States and the defendant desire additional time to negotiate plea agreements, which would render any trial of this matter unnecessary;

(2) Defendant has consented to the aforementioned continuance;

(3) The grant of a continuance will likely conserve judicial resources; and

(4) Pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

WHEREFORE, IT IS on this 23rd day of May, 2008;

ORDERED that the proceedings in this matter are continued for a period of 60 days from May 27, 2008 to July 25, 2008; and it is further

ORDERED that the period from the time from May 27, 2008, to and through July 25, 2008, and any additional delay resulting from the grant of this motion, is excludable time under the Speedy Trial Act of 1974, 18 U.S.C. § 3161.

_____
HON. JOSE L. LINARES
United States District Judge

I hereby consent to the form and entry of this Order:

_____
Robert M. Hanna, Esq.        Dated: 5.19.08

_____
Lisa Rose, AUSA              Dated: 5-15-08