Robert M. Hanna, Esq. (RMH-1966)
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102-5310
(973) 596-4501
Withdrawing Attorney for Defendant Ozkan Balaban

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | Hon. Jose L. Linares |
| - against - | Criminal Action No.: 07-899 (JLL) |
| OZKAN BALABAN, | |
| Defendant. | **Document Filed Electronically** |

## ORDER FOR GIBBONS P.C. TO WITHDRAW
## AS COUNSEL FOR DEFENDANT BALABAN

This matter having come before the Court on the motion of Gibbons P.C. (by Robert M. Hanna, Esq.) to withdraw from the representation of defendant Ozkan Balaban in the above-captioned matter; and without objection by the United States (by Assistant U.S. Attorney Lisa Rose) to the motion; and the Court having considered the written submissions on the motion and the record in this matter, and for good cause shown,

IT IS on this _8/14/_ day of AUGUST, 2008

ORDERED that the motion of Gibbons P.C. to withdraw from the representation of defendant Ozkan Balaban be and it hereby is GRANTED.

_____
HON. JOSE L. LINARES
United States District Judge

#1331277 v1
108006-61573